UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF** | **CIVIL ACTION** |
| **MR. SAM, L.L.C., ET AL.** | |
| | **NO. 20-2282** |
| | **SECTION "I" (5)** |

A status conference will be held **BY TELEPHONE** with respect to the filing of a motion for summary judgment in the above-captioned case on **Thursday, May 20, 2021, at 10:15 A.M.** COUNSEL SHALL FURNISH THE COURT WITH THE NAME AND TELEPHONE NUMBER OF WHO WILL PARTICIPATE IN THE CONFERENCE TWO DAYS PRIOR TO THE CONFERENCE. THE COURT WILL INITIATE THE TELEPHONE CALL. The Court's telephone number is (504) 589-7605.

New Orleans, Louisiana this 11th day of May, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE